## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**JACK WADE WARREN #13477-077**            **CASE NO.  2:20-CV-01277 SEC P**

**VERSUS**                                 **JUDGE JAMES D. CAIN, JR.**

**RODNEY MYERS ET AL.**                    **MAGISTRATE JUDGE KAY**


### JUDGMENT

Before the court is a Report and Recommendation [doc. 21] of the Magistrate Judge, recommending that petitioner's petition for writ of habeas corpus [doc. 1] be denied and dismissed with prejudice for lack of merit and that his motion to award/issue the writ [doc. 20] be denied as moot. The court has conducted an independent review of the record, as well as the objections filed by petitioner [doc. 22], and finds that the Report and Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 21] be **ADOPTED**, that the petition [doc. 1] be **DENIED** and **DISMISSED WITH PREJUDICE**, and that the motion to award/issue the writ [doc. 20] be **DENIED AS MOOT**. This Judgment results in closure of the case.

**THUS DONE AND SIGNED** in Chambers on this 10th day of March, 2021.


**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**